

**Steven P. Kelly, Esq.**
Stern & Eisenberg, PC
1040 N. Kings Highway, Suite 407
Cherry Hill, NJ 08034
Telephone: (609) 397-9200
Facsimile: (856) 667-1456

Order Filed on August 15, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
## (TRENTON)

| | |
|---|---|
| IN RE:<br><br>**RACHELE AIVES**<br> DEBTOR<br><br><br>**DOUGLAS AIVES**<br>NON-FILING CO-MORTGAGOR | CHAPTER 13<br><br>CASE NUMBER: 17-12653-CMG<br><br>HEARING:: B7I39<br><br>JUDGE: CHRISTINE M. GRAVELLE |

| | | | |
|---|---|---|---|
| Recommended Local Form | | ☐ Followed | ☑ Modified |

### ORDER VACATING STAY

The relief set forth on the following page is hereby ***ORDERED.***

**DATED: August 15, 2017**

_Christine M. Gravelle_

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(page 2)

Debtor: Rachele Aives                          Douglas Aives (Non-filing co-mortgagor)

Case Number: 17-12653-CMG

Caption of Order: Order Granting Relief from the Automatic Stay (and other relief)

_____

Upon the Motion of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-5 through its Counsel Stern & Eisenberg, PC, attorneys for secured creditor, under Bankruptcy Code § 362(d) (and the co-debtor stay pursuant to §1301) for relief from the automatic stay as to certain property as herein set forth, and for cause shown, it is:

ORDERED that the automatic stay of Bankruptcy Code § 362(a) (and the co-debtor stay pursuant to §1301) is vacated as to permit the movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction (or otherwise as allowed under the law) to pursue movant's rights in the following:

☑    Real Property more fully described as:

21 Overhill Drive, Old Bridge, NJ 08857 -- the "Property".

☐    Personal Property more fully described as:

It is further Ordered that the movant may join the debtor and any trustee appointed in this case as Defendants in its action(s); irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor(s), any trustee and any other party who entered an appearance on the motion.


Movant may pursue any and all loss mitigation options with respect to the Debtor(s) or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure.