**STEVEN P. KELLY, ESQ.**
STERN & EISENBERG, PC
1040 N. KINGS HIGHWAY, SUITE 407
CHERRY HILL, NJ 08034
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456



Order Filed on August 15, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
### (TRENTON)

| IN RE:<br><br>**RACHELE AIVES**<br>DEBTOR<br><br>**DOUGLAS AIVES**<br>NON-FILING CO-MORTGAGOR | CHAPTER 13<br><br>CASE NUMBER: 17-12653-CMG<br><br>HEARING: 8/15/17<br><br>JUDGE: CHRISTINE M. GRAVELLE |
|---|---|

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ***ORDERED.***

**DATED: August 15, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(page 2)
Debtor: Rachele Aives                                    Douglas Aives (Non-filing co-mortgagor)

Case Number: 17-12653-CMG

Caption of Order: Order Granting Relief from the Automatic Stay (and other relief)

Upon the Motion of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-5 through its Counsel Stern & Eisenberg, PC, attorneys for secured creditor, under Bankruptcy Code § 362(d) (and the co-debtor stay pursuant to §1301) for relief from the automatic stay as to certain property as herein set forth, and for cause shown, it is:

ORDERED that the automatic stay of Bankruptcy Code § 362(a) (and the co-debtor stay pursuant to §1301) is vacated as to permit the movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction (or otherwise as allowed under the law) to pursue movant's rights in the following:

☑    Real Property more fully described as:

21 Overhill Drive, Old Bridge, NJ 08857 -- the "Property".

☐    Personal Property more fully described as:

It is further Ordered that the movant may join the debtor and any trustee appointed in this case as Defendants in its action(s); irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor(s), any trustee and any other party who entered an appearance on the motion.

Movant may pursue any and all loss mitigation options with respect to the Debtor(s) or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-12653-CMG
Rachele Aives                                                           Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin           Page 1 of 1           Date Rcvd: Aug 16, 2017
                       Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2017.
db             +Rachele Aives,    21 Overhill Dr.,    Old Bridge, NJ 08857-3544

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2017 at the address(es) listed below:
       Anthony L. Velasquez    on behalf of Creditor    Trystone Capital Assets LLC avelasquez@tryko.com
       Bunce Atkinson    bunceatkinson@aol.com, NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
       Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-5 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
       Elizabeth K. Holdren    on behalf of Creditor    Oakwoode Association, Inc. eak@hillwallack.com, fkm@hillwallack.com;jhanley@hillwallack.com
       Steven J. Abelson    on behalf of Debtor Rachele  Aives sjaesq@atrbklaw.com, atrbk1@gmail.com;r49787@notify.bestcase.com
       Steven P. Kelly    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-5 skelly@sterneisenberg.com, bkecf@sterneisenberg.com
       U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                       TOTAL: 7