UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:    Case No.: 17-12653
RACHELE AIVES,    Chapter: 7
    Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

__Bunce D. Atkinson__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:    Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __September 19, 2017__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 21 Overhill Drive, Old Bridge, NJ 08857 ($489,900.00)

Liens on property:
Bank of America, NA-PO Box 15220, Wilmington, DE 19886($22,000.00)
Specialized Loan Servicing-PO Box 636005, Littleton, CO 80163 ($551,155.00)
Trystone Capital Assets-PO Box 1030, Brick, NJ 08723 ($1,500.00)

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: Bunce D. Atkinson, Esq.
Address: PO Box 8415, Red Bank, NJ 07701
Telephone No.: 732-530-5300

rev.8/1/15

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                              Case No. 17-12653-CMG
Rachele Aives                                                       Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin               Page 1 of 2          Date Rcvd: Aug 16, 2017
                              Form ID: pdf905           Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2017.
db          +Rachele Aives,    21 Overhill Dr.,   Old Bridge, NJ 08857-3544
cr          +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    Stern & Eisenberg, PC,   1581 Main Street,
              Suite 200,    Warrington, PA 18976-3400
cr          +Trystone Capital Assets LLC,    575 Route 70, 2nd Flr,   PO Box 1030,   Brick, NJ 08723-0090
516878285   +BONY as trustee for CWABS, Inc. Series 2007-5,    Shellpoint Mortgage Servicing,   PO BOX 10826,
              Greenville, SC 29603-0826
516640418    Bank of America, N.A,    Po Box 15220,   Wilmington, DE 19886-5220
516640419   +Bank of NY Mellon,    3000 Bayport Drive, Ste 880,   Tampa, FL 33607-8409
516640420   +Capital One,    Bankruptcy Dept,   P.O. Box 30273,   Salt Lake City, UT 84130-0273
516822179    Capital One, N.A.,    c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
516690436   ++DIRECTV LLC,    ATTN BANKRUPTCIES,   PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
             (address filed with court: Direct TV,    PO Box 6550,   Greenwood Village, CO  80155)
516640422   +Damiano Law Offices,    51 East Main Street,   Little Falls, NJ 07424-1646
516868442   +Directv, LLC,    by American InfoSource LP as agent,   4515 N Santa Fe Ave,
              Oklahoma City, OK 73118-7901
516679189   +Douglas Aives,    22A Cottonwood Lane,   Old Bridge, NJ 08857-2000
516690441   +Genpact Services,    PO Box 1969,   Southgate, MI 48195-0969
516640423   +JCP&L,    PO Box 16001,   Reading, PA 19612-6001
516879246   +Jersey Central Power & Light,    c/o FirstEnergy,   101 Crawford's Corner Rd,,
              Bldg# 1 Ste 1-511,    Holmdel, NJ 07733-1900
516640426   +MERS Inc.,    c/o LLM Law Group PC,   216 Haddon Avenue, Suite 406,   Westmont, NJ 08108-2812
516640425   +Maria Jordan,    c/o Ginarte, O'Dwyer, Gonzales, Gallardo,   948 Elizabeth Avenue,
              Elizabeth, NJ 07201-2646
516690437   +Oakwoods Inc.,    c/o EPM,   4-08 Towne Center Drive,   North Brunswick, NJ 08902-1200
516690438   +One Main Financial,    Bankruptcy Dept.,   PO Box 140069,   Irving, TX 75014-0069
516640427   +Parker McCay Esqs,    P.O. Box 5054,   Mount Laurel, NJ 08054-5054
516640428   +Pay Pal,    Comenity Bank,   P.O. Box 5138,   Timonium, MD 21094-5138
516640430   +Shellpoint Mortgage,    P.O. Box 1410,   Troy, MI 48099-1410
516640431    Sills Cummis & Gross, PC,    1 Riverfront Plaze, #10,   Newark, NJ 07102
516640432   +Specialized Loan Servicing,    P.O. Box 636005,   Littleton, CO 80163-6005
516640433   +Trystone Capital Assets,    PO Box 1030,   Brick, NJ 08723-0090
516640434   +Victoria's Secret,    Comenity Bank,   P.O. Box 182789,   Columbus, OH 43218-2789

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Aug 16 2017 23:17:58     U.S. Attorney,   970 Broad St.,
              Room 502,    Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 16 2017 23:17:55     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516690440   +E-mail/Text: bankruptcy@credencerm.com Aug 16 2017 23:18:35     Credence Collection,
              17000 Dallas Pkwy, Suite 204,    Dallas, TX 75248-1940
516640421   +E-mail/PDF: creditonebknotifications@resurgent.com Aug 16 2017 23:20:39     Credit One*,
              P.O. Box 98873,    Las Vegas, NV 89193-8873
516640424   +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 16 2017 23:17:22     Kohl's*,   P.O. Box 3043,
              Milwaukee, WI 53201-3043
516718651    E-mail/PDF: resurgentbknotifications@resurgent.com Aug 16 2017 23:20:30
              LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
              Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
516690442    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 16 2017 23:42:37
              Portfolio Recovery,    120 Corporate Blvd., Suite 100,   Norfolk, VA  23502
516819574    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 16 2017 23:42:41
              Portfolio Recovery Associates, LLC,    c/o Amazon.com,   POB 41067,   Norfolk VA 23541
516881245    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 16 2017 23:26:18
              Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,   POB 41067,
              Norfolk VA 23541
516881304    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 16 2017 23:42:41
              Portfolio Recovery Associates, LLC,    c/o HSBC,   POB 41067,   Norfolk VA 23541
516819348    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 16 2017 23:26:22
              Portfolio Recovery Associates, LLC,    c/o Paypal,   POB 41067,   Norfolk VA 23541
516640429   +E-mail/Text: bankruptcy@pseg.com Aug 16 2017 23:17:12     PSE&G*,   Collection Center,
              P.O. Box 490,    Cranford, NJ 07016-0490
516733812    E-mail/Text: bnc-quantum@quantum3group.com Aug 16 2017 23:17:48
              Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
516690443   +E-mail/Text: Supportservices@receivablesperformance.com Aug 16 2017 23:18:39
              Receivables Performance,    20816 44th Avenue W,   Lynnwood, WA 98036-7744
516690439   +E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2017 23:20:50     Synchrony Bank,   Bankruptcy Dept,
              PO Box 965060,    Orlando, FL 32896-5060
516640417   +E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2017 23:20:26     amazon.com*,   Synchrony Bank,
              P.O. Box 965004,    Orlando, FL 32896-5004
                                                                                               TOTAL: 16

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Aug 16, 2017
                              Form ID: pdf905          Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2017 at the address(es) listed below:

```
          Anthony L. Velasquez    on behalf of Creditor    Trystone Capital Assets LLC avelasquez@tryko.com
          Bunce Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com, NJ09@ecfcbis.com,
           maraujo@atkinsondebartolo.org
          Bunce Atkinson     bunceatkinson@aol.com,    NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-5
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Elizabeth K. Holdren    on behalf of Creditor    Oakwoode Association, Inc. eak@hillwallack.com,
           fkm@hillwallack.com;jhanley@hillwallack.com
          Steven J. Abelson    on behalf of Debtor Rachele  Aives sjaesq@atrbklaw.com,
           atrbk1@gmail.com;r49787@notify.bestcase.com
          Steven P. Kelly    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-5
           skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```