**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Rachele Aives<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–4690<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–12653–CMG | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Rachele Aives

10/13/17                                                          **By the court:**   Christine M. Gravelle
                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Rachele Aives  
    Debtor

Case No. 17-12653-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin     Page 1 of 2     Date Rcvd: Oct 13, 2017  
                   Form ID: 318     Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2017.

```
db           +Rachele Aives,    21 Overhill Dr.,    Old Bridge, NJ 08857-3544
cr           +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,     Stern & Eisenberg, PC,    1581 Main Street,
               Suite 200,    Warrington, PA 18976-3400
cr           +Trystone Capital Assets LLC,     575 Route 70, 2nd Flr,    PO Box 1030,    Brick, NJ 08723-0090
516878285    +BONY as trustee for CWABS, Inc. Series 2007-5,     Shellpoint Mortgage Servicing,    PO BOX 10826,
               Greenville, SC 29603-0826
516640419    +Bank of NY Mellon,    3000 Bayport Drive, Ste 880,    Tampa, FL 33607-8409
516640422    +Damiano Law Offices,     51 East Main Street,    Little Falls, NJ 07424-1646
516868442    +Directv, LLC,    by American InfoSource LP as agent,     4515 N Santa Fe Ave,
               Oklahoma City, OK 73118-7901
516679189    +Douglas Aives,    22A Cottonwood Lane,    Old Bridge, NJ 08857-2000
516690441    +Genpact Services,    PO Box 1969,    Southgate, MI 48195-0969
516640423    +JCP&L,    PO Box 16001,    Reading, PA 19612-6001
516879246    +Jersey Central Power & Light,    c/o FirstEnergy,    101 Crawford's Corner Rd,,
               Bldg# 1 Ste 1-511,    Holmdel, NJ 07733-1900
516640426    +MERS Inc.,    c/o LLM Law Group PC,    216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
516640425    +Maria Jordan,    c/o Ginarte, O'Dwyer, Gonzales, Gallardo,     948 Elizabeth Avenue,
               Elizabeth, NJ 07201-2646
516690437    +Oakwoods Inc.,    c/o EPM,    4-08 Towne Center Drive,    North Brunswick, NJ 08902-1200
516690438    +One Main Financial,    Bankruptcy Dept.,    PO Box 140069,    Irving, TX 75014-0069
516640427    +Parker McCay Esqs,    P.O. Box 5054,    Mount Laurel, NJ 08054-5054
516640428    +Pay Pal,    Comenity Bank,    P.O. Box 5138,    Timonium, MD 21094-5138
516640430    +Shellpoint Mortgage,    P.O. Box 1410,    Troy, MI 48099-1410
516640431     Sills Cummis & Gross, PC,    1 Riverfront Plaze, #10,    Newark, NJ 07102
516640432    +Specialized Loan Servicing,    P.O. Box 636005,    Littleton, CO 80163-6005
516640433    +Trystone Capital Assets,    PO Box 1030,    Brick, NJ 08723-0090
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Oct 13 2017 22:11:04     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 13 2017 22:11:02     United States Trustee,
               Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516640418     EDI: BANKAMER.COM Oct 13 2017 21:58:00     Bank of America, N.A,    Po Box 15220,
               Wilmington, DE 19886-5220
516640420    +EDI: CAPITALONE.COM Oct 13 2017 21:58:00     Capital One*,    Bankruptcy Dept,    P.O. Box 30273,
               Salt Lake City, UT 84130-0273
516822179     EDI: BL-BECKET.COM Oct 13 2017 21:58:00     Capital One, N.A.,    c/o Becket and Lee LLP,
               PO Box 3001,    Malvern PA 19355-0701
516690440    +E-mail/Text: bankruptcy@credencerm.com Oct 13 2017 22:11:26     Credence Collection,
               17000 Dallas Pkwy, Suite 204,    Dallas, TX 75248-1940
516640421    +EDI: RCSFNBMARIN.COM Oct 13 2017 21:58:00     Credit One*,    P.O. Box 98873,
               Las Vegas, NV 89193-8873
516690436     EDI: DIRECTV.COM Oct 13 2017 21:58:00     Direct TV,    PO Box 6550,
               Greenwood Village, CO 80155
516640424    +EDI: CBSKOHLS.COM Oct 13 2017 21:58:00     Kohl's*,    P.O. Box 3043,    Milwaukee, WI 53201-3043
516718651     EDI: RESURGENT.COM Oct 13 2017 21:58:00     LVNV Funding, LLC its successors and assigns as,
               assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
516690442     EDI: PRA.COM Oct 13 2017 21:58:00     Portfolio Recovery,    120 Corporate Blvd., Suite 100,
               Norfolk, VA  23502
516819574     EDI: PRA.COM Oct 13 2017 21:58:00     Portfolio Recovery Associates, LLC,    c/o Amazon.com,
               POB 41067,    Norfolk VA 23541
516881245     EDI: PRA.COM Oct 13 2017 21:58:00     Portfolio Recovery Associates, LLC,
               c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
516881304     EDI: PRA.COM Oct 13 2017 21:58:00     Portfolio Recovery Associates, LLC,    c/o HSBC,
               POB 41067,    Norfolk VA 23541
516819348     EDI: PRA.COM Oct 13 2017 21:58:00     Portfolio Recovery Associates, LLC,    c/o Paypal,
               POB 41067,    Norfolk VA 23541
516640429    +E-mail/Text: bankruptcy@pseg.com Oct 13 2017 22:10:37     PSE&G*,    Collection Center,
               P.O. Box 490,    Cranford, NJ 07016-0490
516733812     EDI: Q3G.COM Oct 13 2017 21:58:00     Quantum3 Group LLC as agent for,    Comenity Bank,
               PO Box 788,    Kirkland, WA 98083-0788
516690443    +E-mail/Text: Supportservices@receivablesperformance.com Oct 13 2017 22:11:29
               Receivables Performance,    20816 44th Avenue W,    Lynnwood, WA 98036-7744
516690439    +EDI: RMSC.COM Oct 13 2017 21:58:00     Synchrony Bank,    Bankruptcy Dept,    PO Box 965060,
               Orlando, FL 32896-5060
516640434    +EDI: WFNNB.COM Oct 13 2017 21:58:00     Victoria's Secret*,    Comenity Bank,    P.O. Box 182789,
               Columbus, OH 43218-2789
516640417    +EDI: RMSC.COM Oct 13 2017 21:58:00     amazon.com*,    Synchrony Bank,    P.O. Box 965004,
               Orlando, FL 32896-5004
                                                                                              TOTAL: 21
```

```
District/off: 0312-3            User: admin              Page 2 of 2              Date Rcvd: Oct 13, 2017
                                Form ID: 318             Total Noticed: 42

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2017 at the address(es) listed below:

```
          Anthony L. Velasquez    on behalf of Creditor    Trystone Capital Assets LLC avelasquez@tryko.com
          Bunce Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com, NJ09@ecfcbis.com,
           maraujo@atkinsondebartolo.org
          Bunce Atkinson    bunceatkinson@aol.com, NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-5
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Elizabeth K. Holdren    on behalf of Creditor    Oakwoode Association, Inc. eak@hillwallack.com,
           fkm@hillwallack.com;jhanley@hillwallack.com
          Steven J. Abelson    on behalf of Debtor Rachele  Aives sjaesq@atrbklaw.com,
           atrbk1@gmail.com;r49787@notify.bestcase.com
          Steven P. Kelly    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-5
           skelly@sterneisenberg.com, bkecf@sterneisenberg.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```